# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

PAULO DEALMEIDA and IZABEL DEALMEIDA,

    Plaintiffs,

v.

Crown Worldwide Moving & Storage,

    Defendant.

CASE NO. CV416-185

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which objections have been filed (Doc. 10). After a careful de novo review of the record in this case, the Court concludes that Plaintiffs' objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

In their objections, Plaintiffs apologize "for failing to respond the supplement forma pauperis," and offer to pay a filing fee. (Doc. 10 at 1.) Also, Plaintiffs attach a list of goods that were shipped by Defendant, along with what appears to be an invoice for services. However, the

Magistrate Judge directed Plaintiffs to "amend their Complaint to plead facts supporting this Court's subject matter jurisdiction, and to supplement their in forma pauperis (IFP) applications." Plaintiffs' objections do neither, but it is the failure to adequately plead facts that establish the Court's jurisdiction over this case that leaves the Court little choice other than dismissing Plaintiffs' complaint. On this score, the Court must agree with the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiffs' complaint must be **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this **27th** day of April 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA